Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY GREEN ) | 2:06-CV-1938 GEB CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 26, 2006 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: January 29, 2007      /s/ Gina Fazio

                                        GINA FAZIO, ESQ.
                                        Attorney for Plaintiff

Dated: January 29, 2007

                                        MCGREGOR SCOTT
                                        United States Attorney

                                        By: /s/ Bobbie J. Montoya
                                        (as authorized via facsimile)
                                        BOBBIE J. MONTOYA
                                        Assistant U.S. Attorney

1
2    IT IS SO ORDERED.
3
4    DATED:   January 31, 2007.
5
6                                         _____
                                          **CRAIG M. KELLISON**
7                                         UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28